**FILED**

IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ AUG 3 1 2011 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

AIR TRANSPORT LOCAL 501, TWU,                          :

       Plaintiff,                                        :

       v.                                                :          Index No. CV 11-2209-LDW

AMERICAN AIRLINES, INC.,                               :          **STIPULATION AND**
                                                       :          ~~[PROPOSED]~~ **ORDER**
       Defendant.                                        :

-------------------------------------------------------------------X

WHEREAS, the parties hereby stipulate and agree that the Proposed Order of Defendant American Airlines, Inc. ("American") (Dkt. 7-1), prepared in accordance with Your Honor's Order at the May 10, 2011 hearing denying the motion for preliminary injunction of Plaintiff Air Transport Local 501, TWU ("Local 501"), be hereby "so ordered" by the Court; and

WHEREAS, the parties hereby stipulate and agree that the Proposed Order of Local 501 (Dkt. 5-1) regarding the May 10, 2011 hearing be hereby withdrawn.

NOW THEREFORE, upon Defendant's Proposed Order (Dkt. 7-1) being "so ordered" by the Court, and Plaintiff's Proposed Order (Dkt. 5-1) being withdrawn, the parties hereby stipulate and agree that the above-captioned matter be dismissed without prejudice to Local 501 to pursue whatever rights may be available to it.

DB1/ 67946269.1

Dated:  New York, New York

August 25, 2011

MORGAN, LEWIS & BOCKIUS LLP

By: _____
     Leni D. Battaglia (LB-4704)
101 Park Avenue
New York, New York 10178
Tel. 212-309-6000
Fax. 212-309-6001

Thomas E. Reinert, Jr. (admitted *pro hac vice*)
1111 Pennsylvania Avenue, NW
Washington, DC  20004
Tel.: (202) 739-5084
Fax: (202) 739-3001

*Attorneys for Defendant American Airlines, Inc.*

Dated:  New York, New York
August 25, 2011

THE DWECK LAW FIRM, LLP

By: _____
     Corey Stark (CS-3897)
Jack S. Dweck (JSD-0659)
75 Rockefeller Plaza
New York, New York 10019
Tel. (212) 687-8200

*Attorneys for Plaintiff Air Transport Local, TWU*

Dated:  Central Islip, New York
August 31, 2011

SO ORDERED:

_____
Hon. Leonard D. Wexler
United States District Judge

DB1/ 67946269.1